**CHRISTOPHER L. DIENER, ESQ. (SBN# 187890)**
18881 Von Karman Avenue
16th Floor
Irvine, California 92612
Telephone, (949) 291-9604
Facsimile, (949) 660-0342

Attorney for Plaintiff,
L.A. IDOL FASHION, INC.

FILED
2013 JAN 16 PM 4:16
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY _____

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. IDOL FASHION, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> SWEET LOOK CORPORATION, a California Corporation, and SWEET LOOK CORPORATION d/b/a RUBI, DIAMANTE D JEANS INC., a California Corporation, <br><br> Defendants, | Case No.: CV13-00337-ODW (SHx) <br><br> Assigned to Honorable: <br><br> **COMPLAINT FOR TRADEMARK INFRINGEMENT (UNDER 15 U.S.C. § 1125 (A)) FOR INJUNCTIVE RELIEF AND DAMAGES** <br><br> Date: January 16, 2013 <br><br> **DEMAND FOR JURY TRIAL** |

1
L.A. Idol Fashion Inc.'s Complaint

L.A. IDOL FASHION, INC., a California corporation (hereinafter referred to as "PLAINTIFF" or "LA IDOL"), by and through its undersigned counsel, hereby makes and files this Complaint against Defendants, Sweet Look Corporation, a California corporation, and Sweet Look Corporation d/b/a RUBI, and Diamante D. Jeans, Inc. a California corporation (hereinafter collectively referred to as "SWEET LOOK" or "Defendants"). PLAINTIFF in support thereof alleges the following against SWEET LOOK:

## NATURE AND BASIS OF ACTION

1. This action is for copyright infringement under federal law, infringement of PLAINTIFF's trademarks and unfair competition under federal law.

## PARTIES

2. LA IDOL is a California corporation having its principal place of business at 1100 S. San Pedro St. #K-8, Los Angeles, California 90015.

3. On information and belief, Defendant SWEET LOOK conducts business under the name ("SWEET LOOK" and "RUBI" and "DIAMANTE") and has its principal place of business at 796 E. 12st. Los Angeles, CA 90015, approximately 2 blocks from LA IDOL.

## JURISDICTION AND VENUE

4. This Complaint arises under: (1) under Section 43(a) of the Lanham Act (15 U.S.C. § 1125(a)).

5. This Court has jurisdiction over the subject matter of the federal claims pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and (b).

6. This Court has personal jurisdiction over Defendants in that Defendants are California corporations that operate and regularly transact business within this District and Defendants' acts described herein are directed towards the State of California and this District and have caused PLAINTIFF's injuries alleged herein.

7. Venue is proper in this Court pursuant to 28 U.S.C. § 1391(b) and (c), because the claims arise from actions taken in this Judicial District.

///

## PLAINTIFF's VALUABLE RIGHTS

8. LA IDOL is a fashion company based in Los Angeles, California, specializing in women's jeans. LA IDOL is the designer and distributor of highly fashionable jeans that have become tremendously popular and successful.

9. Since it was established in 2005, LA IDOL has invested significant creative energy, effort, and expense in establishing a fashionable image. Among these expenses are the costs of employing a team of designers, who continually create new products, allowing LA IDOL to stay at the forefront of the constantly changing trends in the fashion industry.

10. LA IDOL has protected its intellectual property rights in its products.

11. LA IDOL has adopted a variety of distinctive, nonfunctional style elements for its jeans and their associated tags and labels, which distinguish LA IDOL's jeans from the jeans of its competitors. Except for the copies by SWEET LOOK described below, and other occasional infringers, LA IDOL's use of these distinctive design features for its jeans has been exclusive. LA IDOL's jeans are the heart of its business and account for substantially all of its sales and revenue in the United States.

12. One of the distinctive design features unique to LA IDOL's jeans is a waistband tag including a dangling chain with a rhinestone attached to the loose end ("Dangling Jeweled Chain Trademark"). LA IDOL has obtained a trademark registration, Registration No. 3.950,205, for the Dangling Jeweled Chain Trademark. LA IDOL has also filed an application to register this feature as a California state trademark, and that application is also currently pending.

13. Since 2009, LA IDOL has incurred considerable expense to first develop and then promote each of the Dangling Jeweled Chain Trademark (hereinafter the "Asserted Trademark") as its trademark in the United States.

14. As a result of these efforts, as well as the extensive sales of LA IDOL's jeans bearing the Asserted Trademark, the Asserted Trademark has become widely known and recognized in this Judicial District and elsewhere as emanating from or authorized by LA IDOL, as distinct from any of LA IDOL's competitors.

15. Further, the Asserted Trademark has become, through widespread and favorable public acceptance, a distinctive designation of the origin of the goods offered by LA IDOL and a valuable asset as a symbol of LA IDOL and its high quality products and goodwill.

### DEFENDANTS' WRONGFUL ACTS

16. Defendants is engaged in the business of producing, selling, distributing and/or offering to sell women's jeans to distributors and end users in this Judicial District. Defendants' jeans infringe LA IDOL's trademarked design and Defendants' use of that design element is confusingly similar in appearance to LA IDOL's Asserted Trademark.

17. Through Defendants' stores, they have sold, and continue to sell, jeans that copy LA IDOL's unique and distinctive design.

18. After Defendants' set up shop approximately 2 blocks from LA IDOL, Plaintiff's employees acting as agents began visiting Defendants'' stores and on at least one occasion purchased the latest versions of LA IDOL's trademarked jeans.

19. LA IDOL is informed and believes, and on that basis alleges, that SWEET LOOK purchased the infringing jeans from one or more factories in China, with instructions to manufacture copies of the jeans for SWEET LOOK. SWEET LOOK then put its copied jeans on sale in the Los Angeles area.

20. Recently, SWEET LOOK has significantly accelerated its copying and is now able to release into the Los Angeles market copies of LA IDOL's new designs at substantially the same time as LA IDOL first publicly releases jeans with the new designs.

21. Defendants' jeans blatantly copy the protected features of LA IDOL's jeans, including the Asserted Trademark.

22. A photograph of one of LA IDOL's Asserted Trademark's (left) and SWEET LOOK's corresponding infringing dangling chain (right) is shown below:

23. Defendants' copying damages LA IDOL by depriving LA IDOL of sales. Because Defendant does not bear the expense of creating new designs, and also because Defendants offer a lower quality product, Defendant can offer its jeans for a lower price. Yet customers perceive

Defendants' jeans as nearly identical to LA IDOL's jeans because of their substantially similar appearance. Defendants have exploited this similarity, as well as their proximity to LA IDOL's store, by intercepting customers before they can reach LA IDOL's store and telling the customers they should buy SWEET LOOK jeans because they are the same as LA IDOL's jeans, only for a lower price.

24. DEFENDANTS' copying of LA IDOL's trademarked design is likely to cause confusion among customers and potential customers as to the source of DEFENDANTS' jeans. Indeed, LA IDOL is already aware of several instances in which the similarities between DEFENDANTS' jeans and LA IDOL's jeans have caused customers to mistakenly believe that LA IDOL is the source of SWEET LOOK's jeans, or otherwise sponsors or is affiliated with SWEET LOOK.

25. If Defendant is permitted to continue to copy and use LA IDOL's trademarks, the likelihood of confusion with LA IDOL's jeans will only increase, resulting in continued diminution of LA IDOL's business reputation and goodwill and the value of its trademarks.

26. The recent acceleration of SWEET LOOK's ability to copy LA IDOL's newest designs and release them at nearly the same as LA IDOL into the Los Angeles market is having a profound and devastating effect on LA IDOL's business. In addition to the adverse impact on L.A. Idol's sales and reputation for quality, the nearly simultaneous release of LA IDOL's designs by both SWEET LOOK and LA IDOL means that customers do not know who is the true originator of the designs. LA IDOL employees have heard shoppers in LA IDOL's store express their belief that LA IDOL must be copying SWEET LOOK because the jeans are so similar. In fact, SWEET LOOK copied LA IDOL. Without an injunction preventing SWEET LOOK from further copying and infringement of LA IDOL's trademarks, LA IDOL's business reputation will be irreparably harmed.

27. The Court's assistance is necessary because no other means are available to LA IDOL to protect itself and prevent this irreparable harm. LA IDOL has tried to settle this matter without resorting to litigation. Counsel for LA IDOL, Christopher L. Diener, Esq. sent a cease and desist letter to SWEET LOOK, which it has ignored. On or about December 1, 2011, a Ms.

Hahn from SWEET LOOK called Mr. Diener, counsel of record for LA IDOL, and informed him that SWEET LOOK would no longer be selling the infringing jeans. On or about January 11, 2013, Mr. Diener observed and confirmed the allegations in this complaint, that SWEET LOOK is currently selling jeans with the Asserted Trademark and infringing on LA IDOL Trademark.

## 1st CAUSE OF ACTION
## TRADEMARK INFRINGEMENT
## (UNDER 15 U.S.C. § 1125 (A))
### (Against all Defendants)

28. LA IDOL hereby repeats, realleges, and incorporates by reference paragraphs 1 through 27 above as though fully set forth herein.

29. This is an action for trademark infringement and false designation of origin under Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

30. The Asserted Trademark is used in commerce, is nonfunctional, is inherently distinctive and has acquired substantial secondary meaning in the marketplace.

31. Defendants' jeans are confusingly similar to LA IDOL's protectable trademark and are an infringing use of LA IDOL's trademark. Defendants' use of LA IDOL's trademark constitutes a wrongful and false representation that Defendants' jeans originate with LA IDOL or that Defendants' use is authorized or approved by LA IDOL.

32. Defendants' conduct complained of herein has been willful and in knowing disregard of LA IDOL's rights. Defendants deliberately copied LA IDOL's Asserted Trademark and intended the appearance of its jeans to be confusingly similar to the Asserted Trademark. As such, Defendants' actions constitute willful and deliberate false designation of origin and false representations of origin in an attempt to palm off or permit others to palm off Defendants' products as those of LA IDOL.

33. Defendants' acts have injured LA IDOL in an amount to be determined at trial.

34. LA IDOL is being irreparably damaged by Defendants' wrongful use of LA IDOL's Asserted Trademark, and has no adequate remedy at law to address the harm DEFENDANT is causing.

## PRAYER FOR RELIEF

**WHEREFORE, LA IDOL PRAYS:**

A. For judgment that:

   1) Defendant violated 15 U.S.C. § 1125(a) by infringing on L.A. Idol's trademarks and competing unfairly with L.A. Idol.

B. For temporary, preliminary, and permanent injunctions restraining and enjoining Defendant, including but not limited to: each and every one, their owners, officers, directors, partners, shareholders, agents, servants, employees and attorneys, and all those persons in active concert or participation with them, from:

   1) using, to market, advertise, or identify Defendants' goods, LA IDOL's Dangling Jeweled Chain Trademark, any imitation or legal equivalent thereof, or any other design that is confusingly similar to LA IDOL's trademarks or is likely to create the erroneous impression that Defendants or their goods originate from LA IDOL, are endorsed by LA IDOL, or are connected in any way with LA IDOL;

   2) using any of LA IDOL's clothing as a sample, template, or starting point for the design or manufacture of any clothing;

   3) otherwise infringing LA IDOL's trademarks or falsely designating the origin of Defendants' goods;

   4) causing a likelihood of confusion or injuries to LA IDOL's business reputation; and

   5) engaging in the importation, distribution, use, display or sale of any infringement of LA IDOL's trademarks.

C. For an order requiring Defendants to file with this Court and serve on LA IDOL within thirty (30) days after the service of the injunction, a report in writing, under oath, setting forth in detail the manner and form in which Defendant has complied with the injunction pursuant to 15 U.S.C. § 1116.

D. For an assessment of any and all profits derived by Defendants, and all damages sustained by LA IDOL, by reason of Defendants' acts complained of herein.

E. For an order requiring Defendants to pay over to LA IDOL all damages which LA IDOL has sustained as a consequence of the acts complained of herein, subject to proof at trial, and that LA IDOL be awarded Defendants' profits derived by reason of said acts, or as determined by said accounting.

F. That such damages and profits be trebled and awarded to LA IDOL pursuant to 15 U.S.C. § 1117.

G. That Defendants be required to destroy all literature, advertising, goods, packaging and other material bearing the infringing trademarks pursuant to 15 U.S.C. § 1118.

H. That LA IDOL be awarded its costs, attorneys' fees and expenses in this suit under 15 U.S.C. § 1117.

I. That the Court grant any other and further relief as it deems just.

## DEMAND FOR JURY TRIAL

LA IDOL hereby requests a jury trial of all issues in the above-captioned action.

Respectfully submitted,                    CHRISTOPHER L. DIENER, ESQ.



Dated: January 16, 2013

CHRISTOPHER L. DIENER, ESQ. (187890)
Attorney for Plaintiff, L.A. Idol Fashion, Inc.

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| L.A. IDOL FASHION, INC, a California corporation,<br><br>*Plaintiff(s)*<br>v.<br>SWEET LOOK CORPORATION, a California Corporation, and SWEET LOOK CORPORATION d/b/a RUBI, DIAMANTE D JEANS INC., a California Corporation,<br>*Defendant(s)* | Civil Action No. CV13-00337-ODW (SHx) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* SWEET LOOK CORPORATION, a California Corporation, and SWEET LOOK CORPORATION d/b/a RUBI, DIAMANTE D JEANS INC., a California Corporation,
796 E.12th Street
Los Angeles, CA 90021

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Christopher L. Diener, Esq.
18881 Von Karman Ave., 16th Fl.
Irvine, CA 92612
Tel.: (949) 291-9604
Fax: (949) 660=0342

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: JAN 16 2013

MARILYN DAVIS
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00** .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| L.A. Idol Fashion, Inc. | Sweet Look Corporation, a California Corporation; Sweet Look Corporation d/b/a RUBI; and Diamante D. Jeans Inc., A California Corporation |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) | Attorneys (If Known) |
|---|---|
| Christopher L. Diener, Esq.<br>18881 Von Karman Ave., 16th Fl.<br>Irvine, CA 92612 | |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ According to proof at time of trial

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Trademark Infringement

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | **BANKRUPTCY** | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | | **FORFEITURE/PENALTY** | **PROPERTY RIGHTS** |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | **CIVIL RIGHTS** | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | **SOCIAL SECURITY** |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | **REAL PROPERTY** | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | **IMMIGRATION** | | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | **FEDERAL TAX SUITS** |
| | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | | |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | ☐ 871 IRS-Third Party 26 USC 7609 |

**CV13-00337**

FOR OFFICE USE ONLY:   Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply) ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angles County | |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** _____ Date January 16, 2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |